UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER MANCUSO, | No. 2:25-cv-1424 CSK P |
| Plaintiff, | |
| v. | ORDER |
| SACRAMENTO COUNTY JAIL, et al., | |
| Defendants. | |

Plaintiff, a county jail inmate]proceeding pro se, filed a civil rights action pursuant to 42 U.S.C. § 1983, together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. However, plaintiff has not filed a certified copy of the inmate trust account statement for the six month period immediately preceding the filing of the complaint. See 28 U.S.C. § 1915(a)(2). Plaintiff is provided the opportunity to submit a certified copy of the inmate trust account statement in support of the application. Plaintiff is advised that his failure to comply with this order will result in a recommendation that this action be dismissed without prejudice

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff shall submit, within thirty days from the date of this order, a certified copy of the inmate trust account statement for the six month period immediately preceding the filing of the complaint; and

1

2. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

Dated: June 5, 2025

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/manc1424.3c+.new