UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER MANCUSO, | No. 2:25-cv-1424 CSK P |
| Plaintiff, | |
| v. | ORDER |
| SACRAMENTO COUNTY JAIL, et al., | |
| Defendants. | |

Plaintiff, a county jail inmate proceeding pro se, filed a document styled, "Motion to Set Aside In Forma Pauperis." (ECF No. 9.) Plaintiff states he does not wish to file an amended complaint, would like the order requiring payment of the Court's filing fee to be set aside, wishes to reserve his in forma pauperis for a later date, and requested that this action be dismissed in its entirety. (Id.)

Plaintiff is advised that the Court's filing fee is imposed at the time plaintiff commenced this action by filing his complaint. 28 U.S.C. § 1915(b). Therefore, to the extent plaintiff seeks an order vacating the order requiring payment of the filing fee, his request is denied. If plaintiff chooses to file a complaint in the future, he may again seek leave to proceed in forma pauperis; such requests are not limited. Pursuant to Fed. R. Civ. P. 41(a), plaintiff's request to voluntarily dismiss this action shall be honored.

///

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request to vacate the order requiring payment of the Court's filing fee (ECF No. 9) is denied.

2. This action is dismissed. Fed. R. Civ. P. 41(a).

Dated: July 22, 2025

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/manc1424.59

2